Opinion issued November 10, 2010


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court
of Appeals

For The

First
District of Texas

————————————

NO.
01-10-00155-CV

———————————

JOHN COLE AND TWENTY-TWENTY
PROPERTIES, INC., Appellants

V.

jana
holdingS, ltd., Appellee



 



 

On
Appeal from the 295th District Court 

Harris
County, Texas



Trial Court Case No. 2006-25008

 



 

 

MEMORANDUM OPINION

 

In this appeal, the parties have
filed an agreed motion to reverse and render in part and dismiss in part.  On June 18, 2010, we abated the appeal and
directed the trial court to address certain purported omissions from the
clerk’s record.  We lift that abatement, set
aside the trial court’s judgment without regard to the merits, and remand the
case to the trial court for entry of judgment in accordance with the parties’
agreement.  Tex. R. App. P. 42.1(a)(2)(B).

All pending motions are dismissed as moot.  The Clerk is directed to issue the mandate within
10 days of the date of this opinion. Tex.
R. App. P. 18.1.

 

                                                                   

PER CURIAM

 

Panel consists of Justices
Jennings, Alcala, and Sharp.